Thomas Paul Lovy, Sui Juris
C/o Post Office Box 1142
Londonderry, New Hampshire
Tel: (603) 425-8566
Email: thomaslovy@comcast.net

*In Propria Persona*

All Rights Reserved
without Prejudice

2014 MAY 20 A 11: 01

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Thomas Paul Lovy and<br>Loananh Quoc Lovy,<br><br>  Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, SETERUS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and BANK OF AMERICA CORPORATION<br><br>  Defendants. | Case No.  13-cv-399-SM<br><br>**Notice: necessary and proper**<br><br>(verified) |

Firstly:   i, a man, declare: a woman, Andrea V. Lasker, claims to be COUNSEL FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION, SETERUS, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (hereinafter Wrongdoers) and she requests to dismiss 'my case';

Secondly: The Arguments (*opinions*) from a Counsel, whilst enlightening, Court cannot take notice of, for they (**her opinions**) are not sufficient for the purposes of granting a motion to dismiss, nor entitled to judgment [as a "matter of law"] Whereas defined pursuant to Supreme Court Annotated Statute: Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647: Statements of counsel in their briefs or their arguments are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment.;

Thirdly: The granting of a [motion for] to dismiss is not favorable, for the requirements of an open-court (full) trial is [normally necessary and proper, for said trial setting gives the trier of facts the opportunity to observe the parties and their evidence, whilst under oath or affirmation;

Fourthly: Wrongdoers admit to the Wrong [12(b)(6)], but believes there are "loop-holes" (technicalities) in which the Wrongdoers hopes to avoid paying compensation for the wrong;

Fifthly: i, claim it is necessary and proper to 'my case' to stay its course:

    1. for i, to present 'my case', in public venue, by way of a 'trial by jury' [the public at Large needs to be made aware of the wrongdoers amongst them];

    2. for the Wrongdoers:

        a. to have due-process before a 'trial by jury';

      b.  to testify in open court, under oath or affirmation, in order for the Wrongdoers to present the merits of the "loop-holes", before a 'trial by jury';

    3.  until the Wrongdoers, tender compensation for damages;

Sixthly:  i, say here, and will verify in open court, that all herein be true;

## VERIFICATION

  i: a man; Thomas Paul Lovy, *Sui Juris,* Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that the above statement of facts and law is true and correct, according to the best of My current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746(1).

Dated:  May 19, 2014    Respectfully submitted

            By: *Thomas Paul Lovy*
            Thomas Paul Lovy, *Sui Juris*
            Plaintiff *In Propria Persona* (not "*Pro Se*")
            C/o Post Office Box 1142
            Londonderry, New Hampshire
            Tel: (603) 425-8566
            Email: thomaslovy@comcast.net
            All Rights Reserved without Prejudice

## PROOF OF SERVICE

I, Thomas Paul Lovy, *Sui Juris*, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that I personally served the following document:

### Notice: necessary and proper

by placing one true and correct copy of said document in first class United States Mail, with postage prepaid and properly addressed to the following:

United States District Court
Office of the Clerk
55 Pleasant Street, Room 110
Concord, New Hampshire 03301-3941

Courtesy copies to:

HARMON LAW OFFICES, P.C.
Andrea V. Lasker, Esq. (N.H. Bar No. 18508)
150 California Street
Newton, Massachusetts 02458

PRIMMER PIPER EGGLESTON & CRAMER PC
Thomas J. Pappas, Esq. ( N.H. Bar No. 4111)
Jennifer Turco Beaudet, Esq. ( N.H. Bar No. 17174)
900 Elm Street 16th Floor
P.O. Box 3600
Manchester, New Hampshire 03105

Dated:      May 19, 2014

By: *Thomas Paul Lovy*

Thomas Paul Lovy, *Sui Juris*
Plaintiff *In Propria Persona* (not "Pro Se")
C/o Post Office Box 1142
Londonderry, New Hampshire
Tel: (603) 425-8566
Email: thomaslovy@comcast.net
All Rights Reserved without Prejudice

Thomas Paul Lovy
C/o Post Office Box 1142
Londonderry, New Hampshire
Telephone: (603) 425-8566
Email: thomaslovy@comcast.net

2014 MAY 20 A 11: 01

**VIA U.S. FIRST CLASS MAIL**

May 19, 2014

United States District Court
Office of the Clerk
55 Pleasant Street, Room 110
Concord, NH 03301-3941

RE: <u>Lovy et al v. Federal National Mortgage Association, et al.</u>
    Case Number: 1:13-cv-00399-SM

Dear Clerk:

Enclosed herewith for filing with the court, in relation to the above-captioned matter, please find the following:

    Notice: necessary and proper

Kindly, file and docket in your usual course.

Thank you for your assistance in this regard.

Sincerely,

By: *Thomas Paul Lovy*
Thomas Paul Lovy

Enclosure
CC: Andrea V. Lasker, Esq. C/o Harmon Law Offices, P.C. (via U.S. First Class Mail)
    Thomas J. Pappas, Esq. & Jennifer Turco Beaudet C/o Primmer Piper Eggleston & Cramer PC (via U.S. First Class Mail)